UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-60362-CIV-LENARD/WHITE

**AYON LEOPOLD VALENTINE SKYERS**,

        Plaintiff,

vs.

**SHERIFF AL LAMBERTI**,

        Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION (D.E. 7) AND DISMISSING COMPLAINT (D.E. 1)

**THIS CAUSE** is before the Court on the Report and Recommendation of U.S. Magistrate Judge Patrick A. White ("Report," D.E. 7), issued on March 29, 2011. In his Report, Magistrate Judge White recommends that Plaintiff Ayon Leopold Valentine Skyers' civil rights Complaint (D.E. 1), filed on February 17, 2011, fails to state a claim and therefore should be dismissed. The Report reviews the Complaint pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), indicating that the Plaintiff has not adequately pled the prerequisites of a class action and has failed to demonstrate a claim of denial of access to courts. The Report also provides that any objections may be filed within fourteen days of its receipt by the parties. To date, no objections to the Report have been filed. Failure to timely file objections shall bar parties from attacking on appeal the factual findings contained in the report. *See Resolution Trust Corp. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Therefore, after an independent review of the Report and record, it is hereby

**ORDERED AND ADJUDGED** that:

1. The Report of the Magistrate Judge (D.E. 7), issued on March 29, 2011, is **ADOPTED.**

2. Plaintiff's Complaint (D.E. 1), filed on February 17, 2011, is **DISMISSED**.

3. This Case is now **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 3rd day of May, 2011.

*Joan A. Lenard*
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**